UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRED FRINK,

Defendant.

Case No. CR12-262RSL

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on Defendant's "Motion for Reconsideration of Denial of Motion for an Order to Show Cause" (Dkt. # 59). Defendant argues that the Court failed to consider his arguments regarding the Court's authority to enter an order addressing a non-party's conduct. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." CR 7(h)(1). Defendant has not met this burden.

The Court's order gave Defendant's arguments regarding the Court's authority all the consideration they deserved. Plaintiff has not shown manifest error or the existence of new facts or legal authority. The motion for reconsideration (Dkt. # 59) is, therefore, DENIED.

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

DATED this 17th day of December, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2